Official Form 417A (12/18)

[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): David Harvey

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order on Motion to Reconsider

2. State the date on which the judgment, order, or decree was entered: 1/13/2022

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: David Harvey    Attorney: Carmenelisa Perez-Kudzma
                                     Perez-Kudzma Law Office, P.C
                                     35 Main Street, Suite 1
                                     Maynard, MA 01778 (978)505-3333

2. Party: The Bank of New York Mellon c/o Carrington Mortgage 1600 South Douglas Road Anaheim, CA 92806    Attorney: Marcus Pratt
                                                                                                                      Korde & Associates
                                                                                                                      900 Chelmsford Street, Suite 3102
                                                                                                                      Lowell, MA 01851

Official Form 417A        Notice of Appeal and Statement of Election        page 1

8

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: 1/27/2022

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A            Notice of Appeal and Statement of Election            page 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| In Re:   David Harvey | Chapter 11<br>Bankruptcy Case 21–11736<br>Judge Frank J. Bailey |

---

### NOTICE OF FILING OF APPEAL TO DISTRICT COURT

On **JANUARY 27, 2022,** the appellant, David Harvey filed a Notice of Appeal and an Election to have the appeal heard by the United States District Court for the District of Massachusetts in the above referenced case.

Please refer to 28 U.S.C. § 158(c)(1), Fed. R. Bankr. P. 8001 et seq., and Local Rule 203 of the District Court. Also, pursuant to Fed. R. Bankr. P. 8009, the appellant must file with the Clerk of the Bankruptcy Court a designation of the items to be included in the record on appeal and a statement of the issues to be presented within the deadline set forth in the rule and serve a copy on the appellee(s).

The appellee(s) may file a designation of additional items to be included in the record within fourteen (14) days after service of the appellant's designation and statement of issues. The parties shall consult Fed. R. Bankr. P. 8009 for deadlines applicable to cross–appeals.

Upon the filing of the designation of the items to be included in the record on appeal and the statement of issues to be presented, and after expiration of the fourteen (14) day period for the appellee(s) to file a designation of additional items, the Clerk's Office will forward the designation(s) and statement to the District Court electronically.

If a party to the appeal designates any document placed under seal to be part of the record on appeal, that party must file a motion with the District Court to accept the document under seal. If the District Court grants the motion, the movant must notify the Bankruptcy Court of the ruling. *See* Fed. R. Bankr. P. 8009(f).

It is the duty of the parties to order a transcript of the proceedings or relevant parts thereof. If no transcript is ordered, the parties must advise the Bankruptcy Court by filing "Certificate of No Transcript Ordered." *See* Fed. R. Bankr. P. 8009(b).

It is the duty of the parties to ensure that the record on appeal is complete.

| | |
|---|---|
| Date:1/27/22 | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court |
| | By the Court, |
| | <u>Susan E. Keating</u><br>Deputy Clerk<br>(617) 748– 7533 |

11



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:*<br><br>DAVID HARVEY,<br>    Debtor | Ch. 11<br>21-11736-FJB |
|---|---|

### Order and Notice of Hearing

**MATTER:**

#48 Emergency Motion filed by Debtor David Harvey to Reconsider ( 47 Order on Amended Motion to Impose Automatic Stay) with certificate of service. (Perez-Kudzma, Carmenelisa)

Emergency treatment is hereby granted as follows: the Court will hold a video hearing on the Debtor's Emergency Motion to Reconsider [#48] (the "Motion") on **January 13, 2022, at 10:30 AM**.   Prior to the Hearing, the Courtroom Deputy will send an email to Counsel providing the login information needed to appear at the Hearing.  The Debtor is required to appear at said hearing and Counsel to the Debtor shall provide him the login information.

Dated: 1/13/2022

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge